

# RIVKIN RADLER LLP
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

**GEORGE K. DeHAVEN**
PARTNER
(516) 357-3415
george.dehaven@rivkin.com

April 10, 2012

Hon. E. Thomas Boyle
United States Magistrate Judge
United States District Court
Eastern District of New York
Alphonse M. D'Amato U.S. Courthouse
100 Federal Plaza, Room 834
Central Islip, NY 11722-4449

    Re:   *Bonsignore v. Huntington Crescent Club Inc.*
          09-CIV-2678 (WFK) (ETB)
          RR File No.: 009610-00067

Honorable Sir:

This office represents the defendant in the above-entitled lawsuit. It is currently scheduled for a settlement conference before Your Honor on April 19, 2012 at 10:00 a.m.

I am pleased to report that after extended negotiations, the parties have agreed to settle the case. A formal written settlement agreement is being drafted and is near completion.

Please let us know what, if any, documentation aside from this letter you will require.

Thank you for your time and consideration.

                              Respectfully yours,

                              RIVKIN RADLER LLP

                              George K. DeHaven

GKD:pv

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495



April 10, 2012
Page 2


cc:   Schwartz & Perry LLP
      295 Madison Avenue
      New York, NY 10017
      Attn.: Davida Perry, Esq.

2603385 v1